1  Brian T. Hill
2  H67149 WB-202
3  P.O. Box 705
4  Soledad, CA. 93960
5  Plaintiff
6  In Pro Per

FILED
AUG 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN T. HILL,<br>  Plaintiff,<br><br>    VS.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES,<br>~~et. al.~~, Defendants. | NO.3:25-cv-04087-CRB<br><br>PLAINTIFF'S REQUEST THAT THIS COURT CERTIFY ITS ORDERS' AS A FINAL JUDGMENT per Fed. R. Civ. Pro., Rule 54(b), et. seq. |

   TO: The clerks of court, judge charles r. breyer, and all other Parties of Interest, the Plaintiff Request that this court "CERTIFY" its "ORDERS'" of July 25, 2025 and August 19, 2025 as "FINAL JUDGMENTS" for "APPEAL" per Fed. Rules Civ. Proc., Rule 54(b), et. seq.

   This Request is based upon the Plaintiff's Civil Rights Complaint stating four Causes of Actions' of Federal Constitutional Rights violations' that warrants relief; this court's ABUSE of DISCRETION as to its dismissal of three of these Causes of Actions for the alleged failure to state a claim that warrants relief;

(

without leave to amend these Causes of Actions'; this court's Acts of Impropriety and willful, deliberate, and intentional Acts' of Impropriety; the Plaintiff's Request to Alter or Amend Judgment filed with this court on August 12th, 2025 challenging this court's Order of July 25th, 2025, the points and Authorities submitted in support thereof; and the Evidence to be submitted in support of this Civil Rights Complaint.

### POINTS AND AUTHORITIES

In <u>Pakootas V. Teck Cominco Metals, Ltd., 905 F.3d 565 at 574 (9th Cir. 2018)</u> the Ninth Circuit Court of Appeals ruled that "Rule 54(b) allows a district court in appropriate circumstances to enter judgment on one or more claims while others remain unadjudicated. To do so, the district court first must render "an ultimate disposition of an individual claim." (cases cited) The court then must find that there is no just reason for delaying judgment on this claim." Id. at 8."

In this matter, the Plaintiff Request that this court "CERTIFY" its "ORDERS'" of July 25th, 2025 and August 19th, 2025 as "FINAL JUDGMENTS'" for "IMMEDIATE APPEAL."

### VERIFICATION

I, Plaintiff Brian T. Hill, attest to these statements, facts, and occurrences as being true and correct to my knowledge under the penalty of perjury and California laws and is so willing

1  to testify.

26  SIGNED _____     DATED August 25, 2025
        BRIAN T. HILL
27      PLAINTIFF
        IN PRO PER

3

## PROOF OF SERVICE
## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Brian T. Hin, declare:

I am over 18 years of age and a party to this action. I am domiciled in Correctional Training Facility (CTF), a California State Prison, in the county of Monterey. The address at this facility is P.O. Box 705, Soledad, CA 93960.

On August 25, 2025, I served the attached:

Plaintiffs Request to certify its orders' as Final Judgment

On the parties herein by placing true and correct copies thereof, enclosed in an unsealed envelope, with the postage thereon fully paid, verified by, and given to prison staff, for deposit in the United States Mail provided at the above-named Correctional Institution in which I am confined. The envelope was addressed as follows:

Clerks Office
U.S. District Court
Northern Dist. of Cal.
450 Golden Gate Ave
San Francisco, CA. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 day of August, 2025. By: [signature]

### Prison Mailbox Rule
Under the "Prison Mailbox Rule" a prisoner's legal document is deemed filed, for statute of limitation purposes, when he hands it over to prison authorities for mailing [*Houston v. Lack* (1998) 487 U.S. 266, 274; *Huizar v. Carey* (9th Cir. 2001) 273 F.3d 1220, 1222.] The mailbox rule applies to prisoners filing in both federal and state courts.[*Huizar*, 2783 F.3d at p. 1223.] *Silverband v. County of Los Angeles* (2009) 46 Cal.App. 4th 106, 119-130.