UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TERRELL HILL, H67149,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>Defendant(s). | Case No. 25-cv-04087-CRB  (PR)<br><br>**ORDER DISMISSING PLAINTIFF'S REQUEST FOR STAY OF PROCEEDINGS**<br><br>(ECF No. 25) |

Plaintiff's request for a stay of proceedings (ECF No. 25) pending resolution of his petition for a writ of mandamus/prohibition in the Ninth Circuit is DISMISSED as moot. On October 23, 2025, the Ninth Circuit denied plaintiff's petition and made clear that "[n]o further filings will be entertained." ECFC No. 24 at 1.

But good cause appearing therefor, plaintiff's deadline for filing a First Amended Complaint (FAC), as indicated in this court's July 25, 2025, order of dismissal with partial leave to amend, is extended from November 14, 2025, to November 28, 2025. Failure to file a proper FAC by November 28, 2025, will result in the dismissal of this action and all the claims raised in the original complaint.

The clerk is instructed to terminate the motion appearing on ECF as item number 25 and to update the amended complaint deadline in this case.

**IT IS SO ORDERED**.

Dated: November 4, 2025

_____
CHARLES R. BREYER
United States District Judge