United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN TERRELL HILL, H67149,

Plaintiff,

v.

I. FLETES, et al.,

Defendant(s).

Case No. 25-cv-04087-CRB (PR)

**ORDER GRANTING MOTION TO STAY DISCOVERY**

(ECF No. 39)

Defendants move to stay discovery pending resolution of their pending and fully briefed motion for judgment on the pleadings. Good cause appearing, the motion (ECF No. 39) is GRANTED. Discovery in this action is stayed pending resolution of defendants' motion for judgment on the pleadings.

The clerk is directed to terminate the motion appearing on ECF as item number 39.

**IT IS SO ORDERED**.

Dated: August 5, 2026

CHARLES R. BREYER
United States District Judge