United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN TERRELL HILL, H67149,

Plaintiff,

v.

I. FLETES, et al.,

Defendant(s).

Case No. 25-cv-04087-CRB (PR)

**ORDER DENYING MOTION TO ALTER OR AMEND STAY OF DISCOVERY**

(ECF No. 42)

Plaintiff's motion to alter and/or amend (ECF No. 42) the court's August 5, 2026, order staying discovery pending resolution of defendants' pending and fully briefed motion for judgment on the pleadings is DENIED. Discovery will remain stayed in this action until resolution of defendants' motion for judgment on the pleadings.

The clerk is directed to terminate the motion appearing on ECF as item number 42.

**IT IS SO ORDERED**.

Dated: September 3, 2026

CHARLES R. BREYER
United States District Judge